IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL DENNIS NICHOLAS**                                                                                **PLAINTIFF**

v.                               Case No. 3:23-cv-00186-JM-JTK

**KILOLO KIJAKAZI,**                                                                                           **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Plaintiff Michael Nicholas's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED.

SO ORDERED THIS 13th day of September, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE