IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL DENNIS NICHOLAS**                                              **PLAINTIFF**

**V.**                         **No. 3:23-CV-00186-JTK**

**MARTIN J. O'MALLEY, Commissioner,**[1]
**SOCIAL SECURITY ADMINISTRATION**                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 17th day of September 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration ("the Commissioner"). Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted as the Defendant.